IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>VILMA E. FERNANDEZ,<br><br>               Defendant. | 4:15CR3027<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's motion to file late notice of her intent to introduce expert evidence relating to her mental condition, (Filing No. 119), is granted.

2) In light of Defendant's late notice, the parties need additional time to investigate this case and review discovery. As such, the trial of this case, currently set for September 8, 2015, is continued.

3) A telephonic status conference with the undersigned magistrate judge will be held in chambers on September 4, 2015 at 9:00 a.m. to discuss further case scheduling.

4) The Court finds that the ends of justice will be served by further delaying the scheduling of trial; and those purposes outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and September 4, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

August 24, 2015.

                                                                         BY THE COURT:

                                                                         *s/ Cheryl R. Zwart*
                                                                         United States Magistrate Judge