IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>VILMA E. FERNANDEZ,<br><br>               Defendant. | 4:15CR3027<br><br>**ORDER** |

Based on the representations of defendant's counsel, additional time is needed to review this case before deciding whether to proceed to trial or to enter a plea. The defendant agreed, and further agreed that the time between today and an additional status conference should be excluded from the time limitations of the Speedy Trial Act so that the case can be fairly and justly resolved.

Accordingly,

IT IS ORDERED:

1) On or before January 8, 2016, the defendant shall make herself available to participate in an independent examination by the government's retained expert, Mario Scolora.

2) A status hearing will be held at 10:30 a.m. on January 20, 2016 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting. The defendant, her attorney, and the attorney for the government shall attend the hearing.

3) The Court further finds that the time between today's date and January 20, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

November 20, 2015.

                                                                          BY THE COURT:
                                                                          *s/ Cheryl R. Zwart*
                                                                          United States Magistrate Judge